# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Ernest Rashawn Wright | ) | Case No. 1:24-mj-203 |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __03/08/2024__ in the county of __Hamilton__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | To Forcibly Assault, Resist, Oppose, Impede, or Interfere with Person While Engaged in or on Account of the Performance of Official Duties. |

This criminal complaint is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Deputy U.S. Marshal Kevin Deppe, USMS
*Printed name and title*

Sworn to before me and signed in my presence.
**via FaceTime video**

Date: **Mar 13, 2024**

Karen L. Litkovitz
United States Magistrate Judge

City and state: Cincinnati, Ohio

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE CRIMINAL COMPLAINT OF: | ) ) ) | Case No: 1:24-mj-203 |
| ERNEST RASHAWN WRIGHT | ) ) ) ) | Judge LITKOVITZ |

AFFIDAVIT IN SUPPORT OF
CRIMINAL COMPLAINT AND ARREST WARRANT

I, Kevin Deppé, a Deputy United States Marshal with the United States Marshals Service, being duly sworn, hereby depose and state as follows:

INTRODUCTION AND AGENT BACKGROUND

1. I submit this affidavit in support of a criminal complaint and arrest warrant against ERNEST RASHAWN WRIGHT for violating Title 18, United States Code, Section 111(a)(1).

2. I am a Deputy Marshal with the United States Marshal Service ("USMS") and have been since 2010. I am currently assigned to the Southern District of Ohio, Cincinnati office. In 2010 I attended and completed the Criminal Investigator Training Program, and the Basic Deputy United States Marshal training program at the Federal Law Enforcement Training Center in Glenco, Georgia. After successful completion of these programs, I was sworn in and authorized under United States Code (USC), Title 18 Section 3053, and USC, Title 28 Section 564 and 566, to enforce the laws of the United States. Since 2010 I have served as a member of the Pacific Southwest Regional Fugitive Task Force (PSWRFTF) in the Eastern district of California, and as a member of the Southern Ohio Fugitive Apprehension Team (SOFAST) in

1

Southern district of Ohio. During that time, I have become familiar with violations of federal and state criminal laws.

3. The facts in this Affidavit are based on my personal knowledge as well as on information I learned from other sources, including law enforcement databases, reports prepared by other law enforcement officers, and conversations I have had with other law enforcement officers and witnesses involved in this investigation.

4. Because I am submitting this affidavit for the limited purpose of securing a criminal complaint and arrest warrant, I have not included every fact that I know about this investigation; I have set forth only those facts that I believe are necessary to establish probable cause to believe that WRIGHT violated Title 18, United States Code, Section 111(a)(1)

## APPLICABLE LAW

5. Under 18 U.S.C. § 111(a)(1) it is unlawful to forcibly assault, resist, oppose, impede, or interfere with any person designated in Section 1114 of title while engaged in or on account of the performance of official duties.

## PROBABLE CAUSE

6. On 02/05/2024 WRIGHT was charged by the Ohio Adult Parole Authority with Flight to Avoid Prosecution. On 02/04/2024 WRIGHT was charged by the Hamilton County Sheriffs with aggravated assault, strangulation, and kidnapping.

7. On or about 03/01/2024 I was contacted by the Cincinnati Police Department for assistance with arresting WRIGHT. The case was adopted by the Southern Ohio Fugitive Apprehension Strike Team (SOFAST).

8. On 03/08/2024 members of SOFAST lead by myself, responded to 2315 Henrianne Ct, Cincinnati OH, 45225 in response to the warrants. Information received,

indicated that WRIGHT was staying with his sister, Shantel Wright, at the address. Members of SOFAST observed a black Dodge Charger (IL 184698) known to be driven by WRIGHT at the address.

9. At approximately 0930 hours members of SOFAST observed WRIGHT exit the house at 2315 Henrianne Ct and get into the Dodge Charger (IL 184698). Four unmarked SOFAST vehicles activated code 3 emergency lights and sirens and surrounded WRIGHT in the Charger. WRIGHT evaded the vehicle barricade and struck the front of a Black Dodge Ram Truck driven by me and the impact caused damage.

10. WRIGHT then drove away at excessive speeds to evade law enforcement officers. The black Charger was later discovered wrecked at the corner of Beekman Street and Elmore Street in Cincinnati Ohio. The car had lost control and driven onto a sidewalk, through a tree, and into a brick building. Once the car was disabled, video footage from doorbell cameras in the neighborhood show WRIGHT abandoning the car and running away on foot. WRIGHT traversed through several backyards and hid inside a backyard shed for a short time. Eventually WRIGHT's trail was lost.

11. I responded to the workplace of Vince Dye. Dye is the uncle of WRIGHT and the registered renter of the black Charger WRIGHT fled in. Dye stated that he rented the vehicle for his niece Shantel Wright approximately 2 months ago and that he had never driven it personally.

12. I responded to 2315 Henrianne Ct in order to interview Shantel Wright. TFO body worn camera footage shows that Shantel Wright stating that she called Cincinnati Police directly following WRIGHT's flight on 03/08/2024. She reported that WRIGHT was at her house at 2315 Henrianne Ct all morning. WRIGHT then stole the keys to the Dodge Charger

(IL 184698) and exited the residence. WRIGHT used the Charger to strike the SOFAST blockade vehicle and evade capture. Shantel had no information regarding possible whereabout for WRIGHT. At this time, WRIGHT is still wanted.

13. Based on the foregoing, there is probable cause to believe that ERNEST RASHAWN WRIGHT, while in the Southern District of Ohio, violated 18 U.S.C. § 111(a)(1).

## **CONCLUSION**

14. Based on the foregoing, I respectfully request that the Court issue the proposed criminal complaint and arrest warrant.

Respectfully submitted,

_____
KEVIN DEPPE
United States Deputy Marshal
United States Marshals Service

Sworn to before me this __13__ day of March, 2024.

_____
Karen L. Litkovitz
United States Magistrate Judge

4